MSG

United States Federal Eastern District Court
Of Pennsylvania
600 Market Street
Philadelphia Pennsylvania 19106-1790

| | |
|---|---|
| Present by: Awoota Jurist Consul Trust & Associates (A Tribal Organization) In Propria Persona | **20    955** |
| naja zuhir el known as queen naja In Propria Persona | |
| NAJA THURBAH ZUHIR TR | In Equity Proceeding |
| On behalf of Royal Heirs Family Trust. | Bill of Equity |
| Judicature/Adjudicator | |
| Lord reginald noble Yahweh, In Propria Persona | |
| REGINALD CUPID NOBLE TR | |
| On behalf of Noble & Noble Banking Trust | |
| Judicature/Adjudicator | 18 U.S.C. 1091 Human Trafficking |
| | 18 U.S.C. Chapter 41 Extortion |
| v. | 18 U.S.C. Conspiracy |
| | 26 U.S.C. Tax Evasion |
| KAMAL BENHOUMMAD d/b/a | 28 U.S.C. Defamation of Character |
| STERLING PREMIER GROUP et. al. | 18 U.S.C. 241-242 Color of Law |
| PAUL WHITE d/b/a | 18 U.S.C. 1201 Kidnapping and |
| STERLING PREMIER GROUP et. al. | False Imprisonment |
| THOMAS MOOREHEAD d/b/a | |
| STERLING PREMIER GROUP et. al. | |
| SHERIFF MIKE CHAPMAN d/b/a | Article III Court Proper Jurisdiction |
| OFFICE OF LOUDOUN COUNTY VA. | |
| ADULT DETENTION CENTER et. al. | |
| DEPUTY SHERIFF DORIAN A. LAMBERT d/b/a | Jury |
| LOUDOUN COUNTY VA SHERIFF DEPARTMENT | Trial Demanded |
| BUTA BIBERAJ, d/b/a/ | |
| DISTRICT ATTORNEY FOR LOUDOUN COUNTY VA. | |
| PHYLLIS J. RANDALL CHAIRWOMAN d/b/a | |
| BOARD OF SUPERVISORS | |
| JOHN DOE, & JANE DOE | |

Defendant(s)/inferior persons/(s) Debtor(s)

---

Civil Complaint

Pursuant to: Rule 33 New Federal Equity Rules, 7 Wheat. xvii-xxi:

1

Introduction:

We Aborigine Heirs to this Land, having dominion and leadership over these, invoke the 42 Divine Laws of Ma'at we instruct this honorable Court to invoke the arrest and apprehension of the above DEFENDANT(S) for there unlawful crimes of Criminal Conspiracy 18 U.S.C. 371, after their violation of UCC 3-501 Presentment in which they are being STERLING PREMIER MOTORS, never returned nor said anything was incorrect within the 72 hours according to law and;

Jurisdiction: (Judicature)meaning:

The state or profession of those-officers who are employed in administering justice; the judiciary. A judicatory, tribunal, or court of justice. Jurisdiction; the right of judicial action; the scope or extent of jurisdiction. JUDICATURE ACTS (ENGLAND), The statutes of 36 & 37 VIct. c. 66, and 38 & 39 Vict. c. 77, which went into force November 1, 1875, with amendments in 1877, 40 & 41 Vict. c. 9; 1879, 42 & 43 Vict. c. 78; ana 1881, 44 & 45 Vict. c. 68, made most important changes in the organization of, and methods of procedure in, the: superior courts of England, consolidating them together so as to constitute one supreme court of judicature, consisting of two divisions, -her majesty's high court of justice, having chiefly original jurisdiction; arid her majesty's court of appeal, whose jurisdiction is chiefly appellate.

**Therefore;**

I/We Adjudicator's under the Judicature Act

**Statement of Facts**

1). On about in the month of October, the Vehicle known as BMW 740 being VIN

2

83 #WBA7E4C57KGV28544, naja zuhur el aka queen naja a free woman and VIN
84
85 #5UXCX4C51KLS39113 BMW X7 50 XDFOR, Lord, reginald-noble Yahweh Adjudicator,
86
87 which was approved and satisfied by the dealership without equivocation, week and half later
88
89 BMW invited queen naja to a Video Showing of how the BMW operates and all of its systems,
90
91 after arriving, however before that transpire there was a conversation between KAMAL
92
93 BENHOUMMAD their top sales person and queen naja, and lord reginald, also known king
94
95 reginald I, KAMAL BENHOUMMAD stated STERLING MOTORS over charged us on
96
97 STATE TAXES Commonwealth of Pennsylvania and that we would receive a refund and sign
98
99 an order for the adjustment queen naja, having Power of Attorney for Lord reginald Yahweh,
100
101 respectfully the same applies to him being lord reginald nearly a week went and;
102
103 **Whereas,** all parties (ACTOR(S)) are subject to, and have violated Presidents Executive Order
104
105 13892 , and President's Executive Order 13896 for criminal  conspiracy, with and between
106
107 LOUDOUN COUNTY VA SHERIFF DEPARTMENT and STERLING MOTORS  IN
108
109 human trafficking and other International Crimes Article 6 & 7 of the ICC.
110
111 **Whereas**, this KAMAL BENHOUMMAD, salesperson for STERLING, had us fill out an
112
113 alleged security form fashioned as Credit Application requiring a SOCIAL SECURITY # but,
114
115 we did not apply for credit, when asked about the SSN he is being KAMAL
116
117 BENHOUMMAD, said it is for to see if we were on a terror watch list, when ask where the
118
119 results are there wasn't any this is "Identity Theft "under false pretend and; 18 U.S.C.
120
121 1028(b)(1) (A-C), after conclusion of the transaction the financial laughed they call him Tony.
122
123 Now that the transaction did not reach completion the acceptance of the instrument has

accrued and being that it is pass 72 hours so that the matter can be cured nothing has been

returned to date according to UCC under Negotiable Instrument, Laws

**Whereas,** after arriving queen naja signs the two Purchase orders for the adjustment of the

contract at that time after signing the contract STERLING MOTORS executives had queen

naja arrested for stealing the Vehicle, in which their acceptance of the presentment was long

pass due never returned to neither one of us stating if there were any problems, where is the

injured party, and now who is the victim?

**Whereas,** knowing that the vehicle was driven to the BMW dealership to a video presentation

not to return the car therefore where are the checks for taxes that was signed by queen naja

and sense the final contracts where are the vehicles sense know function instruments have

return being that everything in this is pre-paid since June 5th 1933-1934.

**Therefore,** this STERLING AUTO MOTORS et. al. has laws against the UNITED STATES

rule and International Procedures UCC and alike and;

**Whereas,** the COUNTY POLICE/SHERIFF DEPARTMENT, and STERLING

DEALERSHIP and any other entities involved in ENTRAPMENT, and Criminal Conspiracy

against ESTATE'S and the living man, and living woman both in respect to the Judicature

Court in conjunction with her majesty the Queen of England having sovereignty over the

respective entities shown above ESTATE/TRUST, our status as diplomats for the People

having recorded our Oath of Office as Public Minister/Ambassadors respectfully.

Whereas, Anne Arundel County Londoun County, and Prince George's County received a

4

GSA Bond's 24, 28, 1414, 1416, 1418 90 91, and naja zahir el d/b/a/ queen naja is still being held against her will, after she made an attempt to Bond the Bail Bondman said in the STATE'S SYSTEM she queen naja is a free woman the human trafficking continue and;

We now evoked the Golden Rule

**TREASON AGAINST THESE UNITED STATES OF AMERICA**

It is your duty to inquire into all offenses for or against the United States within the jurisdiction to pronounce from the U.S. District Courts, which greatest crime known to the law is Treason; self-preservation being or existing in a certain state, by intelligent existence is the highest duty of government, in order to regulate commerce mutual exchange, without it there can be no administration of law, civil or criminal and;

Whereas, this crime called Treason, is defined through the Constitution for or against the United States of America, (WE THE PEOPLE) confederation itself. It declares that Treason for or against the United States, shall in the future consist only in Levying War to collect assessment by imposition for or against the People, or adhering to their enemies, giving them aid and comfort, as a Safe Harbor exemption. Man has been giving Dominion by the Creator of All, with moral ability to dispose from his or her Intellectual Property at Will by Equity, and according to a assembly of men, through their fourth amendment, which says: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

Whereas, United States Person or Citizen is a entity of trade, which a Civilian loans the government from par equivalence without Discount or Premium, as Treasury, Principal and Interest Loan (TT&L), upon issuing a Bill of Exchange, Demand Draft, or Promissory Note, in the form of check book currency, within a Fiscal Agent, State Bank out of the Money Transmitter Regulator's Association, Registrar Bank or Trust Company of Employees'. Any Natural or Artificial person, who knows or has been given notice that Treason has been committed, "which conceals, and not, as soon as may possibly be, disclose and make known the same," to certain high officers, is guilty from a criminal offense denominated Misprision of Treason and;

Whereas, Since August 1861, it is required that every officer, clerk, or employee' in the several distinct departments of this country, known as the United States of America, or in any way connected therewith, are to take an oath to support and defend the Constitution and government from the United States, for or against all enemies, foreign or domestic, and to birth, or bear true faith, allegiance and loyalty to the same, which any ordinance, resolution, or law from any State Convention or Legislature, to the contrary notwithstanding, which this oath is the most important, that requires fidelity on behalf out of all government officials, who are holding a position from Trust, working to protect the People Intellectual property, by Commerce and;

Therefore, this **Oath,** is a most explicit renunciation, and abjuration from the DEADLY HERESY of a paramount State Sovereignty, from a local government, which still up holds slavery, according to the Lieber Code, Article 42, which says: "Slavery, complicating and

confounding the ideas of property, (that is of a thing, such as a vital record) and of personality, (that is of humanity, peculiar nature of man, by which he or she is distinguished from other beings) exists according to municipal or local law only. The law of nature and nations has never acknowledged it." and;

Whereas, the doctrine of State Sovereignty, has taken possession of the minds from the Body Politic People, and has become public opinion in the several distinct States, which goes for or against the whole spirit out of the Constitution, which all government officials are to take a oath to defend, the Body Politic styled, the United States of America, which is a Republic Institution, by perpetual Union, that protects trade act of exchanging commodities, through Commerce mutual change from Currency Note goods, as United States Note debit into a Federal Reserve Note credit and;

Whereas, this Sixth Amendment Article, from the Constitution, declares in express terms, that "this Constitution and the laws and treaties made pursuant thereto, shall in the future be the SUPREME LAW OUT OF THE LAND." That statement is sufficiently positive and unequivocal, but the framers, did not stop there, but did add the words: "anything in the Constitution or laws of any State to the contrary NOTWITHSTANDING," thus pointedly and laboriously, guarding against or for, and repelling the idea, that a State could by any act, however solemn, even by its organic or fundamental law, resist or interfere with the Constitution and laws from the United States, in their operation over the whole Country, though a Department of State and;

Whereas, this Statute at Large of August 6, of 1861, was well adopted to that end, which all

288
289  employees' in the executive Departments, out of a U.S. State, Such as Health, by the Social
290
291  Security Act, through Natural and Artificial persons connected therewith, like a Corporate
292
293  County or City, are to take the oath to protect the Constitution, for or against domestic or
294
295  foreign enemies, which attempt to overthrow the constitutional form of government and;
296  Whereas, By Statute at Large of March 6, 1862, the same oath is required of shipmasters, on
297
298  clearing a foreign Country or Entity within a State port of entry in the United States of
299
300  America, and through the Act of July 17, 1862, natural or artificial persons making claims for
301
302  or against the United States, were and are required to take the same oath, to uphold the
303
304  Constitution. Every officer, civil, military and naval, is required to an oath to protect the United
305
306  States of America Constitution, for or against all enemies, foreign and domestic, and to birth
307
308  or bear true faith and allegiance to the same, and that obligation is taken without any mental
309
310  reservation or purpose of evasion, and that he or she will well and truly discharge the duties
311
312  from his or her office, held in public trust out of We the People, who loans their par value
313
314  equivalence without discount or premium, through TT&L deposits. Any falsely taken oath of
315
316  office, by color of law or authority, is made a criminal offense, which not only subjects one to
317
318  the penalties of perjury and treason, but ever afterwards disqualifies him or her from holding
319
320  a Public Trust Office, under the United States of America, within any Department, through
321
322  this Act passed in July 1861, it is provided, that if two or more person (18 USC 241) within
323
324  any State or Territory of the United States, shall in the future conspire together to overthrow
325
326  by force or deception, the government from these United States of America, or Levy war, by
327
328  collecting assessment against or for, to prevent, hinder, or delay the execution of any law from

the United States, or seize any intellectual property of par value loaned, as interest to the United States, for or against its authority, every natural or artificial person, like a municipal corporation, so offending, shall in the future be guilty of a high crime, by knowledge and notice from two or more, who are not corrupt of blood, and are able to articulate their crime and;

Whereby, since 1862, the Legal Tender within the United State of America, has been the Title Inscription "United States Note," which now float freely by subscribed subscription upon any Note, Bill of Exchange, or Demand Draft, which is debited and cashed or swapped into a Federal Reserve Note credit obligation, in lieu of Zero Balancing Account of Civilian, and by this Act of Levying War, to collect assessment of debtor, this is Treason, This Federal Reserve Act, of withholding a par value present use for a future purpose, is in itself a act of treason, which established to furnish a elastic currency note goods, to afford rediscounting commercial for profit paper, from par value equivalence, which ought not be discounted or loaned out as a premium, which is Levying War, on We the People. The term "district" is held to be the Federal reserve district, and the term" reserve district" is held to be the Federal reserve bank-cities, which are not coterminous with any Individual State of the perpetual American Union Reserve districts Organization Committee Quorum, being the Secretary of the Treasury, Secretary of Agriculture, and the Comptroller of the Currency, which are United States Notes by the Legal Tender Act, are not to be subjected to review, except through the Federal Reserve Board, out of Governors, who are committing Treason, by levying war for par value and;

Whereas, the shareholders from every Federal reserve bank-City, are the civilians of the several

States, being holders to a Department, Certification of Birth, which bear Geographical Barcode to Trade, that they are individually responsible, equally and ratably, and not one against or for another, for or against all contracts, debits or debts, and from such natural or artificial, person as bank customer, to the extent of the amount of their in blank subscriptions to such certificated stock, at par value thereof, in addition to the amount subscribed in blank, whether such in blank subscription has been paid in whole, or in part, under the provisions from this Federal Reserve Act, which the mass of illiterate natural persons, have no clue of, and are under attack, by levying war on their par value even exchange, this Act, allows the Central Banks, which are Fiscal Agents, being District Clearing Houses, to wage war on We the People, by in blank Signature, on the back of any United States Note, in checkbook currency form, within any shell Commercial profit bank, by invisible net, which produce a clear profit, along with the Federal Reserve Act, there is the Uniform Commercial Code which is active and the 50 States of the American Republic Union, which this Mercantile Law, applies to transactions of negotiable instruments through Financial intermediary banks, and say's a Bank is "a person engaged in the business of banking," and that a Person is "a Individual, Corporation, business trust, estate, trust, partnership, joint venture, government governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity," such as ALL ADULT ENTITIES, WHICH ARE FOR TREASURY, PRINCIPAL AND INTEREST LOANS, THAT ARE EMBODIED THROUGH A STATE IDENTIFICATION and;

**Comment:** Sterling and agents/Sales persons, and financial persons, by application has committed the following Treason, and other related charges without remorse they agree by there actions that they have lied to authorities and other related entities of Courts, Law enforcement Officers, and alike and;

**"DO UNTO OTHERS AS YOU WOULD HAVE THEM DO UNTO YOU"**

**Relief Sought:** Defendant(s) have shown the most belligerent criminal activity that I/We have ever encounter, breaking the Law and its Status, and codes as standard practice, and then endanger someone's life having them arrested to cover their activities of suspect, causing unreversed mental stress, causing years of pain, eating food that is not healthy it is hereby cited that defendant(s) agree that they have conduct themselves in very unprofessional matter presenting irreversible harm for years to come damages in this matter cited at

$16.082.040.000.00 in United States Treasury Notes (Currency) Gold, and Silver calculation

$90.000.000.000.00 punitive Damages, after final calculation Total indebtedness

$111.708.040.000.00 (One Hundred Eleven Billion Seven Hundred Eight Million Forty Thousand and no Cents) to be paid in United States Currency Notes (Credits) at a rate of 3.5% for the record queen naja remain unlawfully arrested without bail for 50 days, the prison system refuses to issue sanitary napkins and other female personal items to the female inmates, especially queen naja, her living conditions are below standard even after complaining the prison system did nothing, the pain and suffering is beyond any value, however there is a monetary Value attached, however there is no price on, **LIFE**

**Non-Forfeiture Agreement**

452 AND NOW, Royal Degree, for Non-Forfeiture out of the United States Attorney Office, out
453
454 of Philadelphia County, who may attempt to annex Par Value, as Forfeiture, out of Consumer
455
456 Natural Person, Lord, reginald noble Yahweh Plaintiff/Affiant Judicature, and queen naja
457
458 Plaintiff/Affiant/Judicature Signature United States Currency Notes, by Equity Law, to
459
460 **ORDER** Forfeiture pursuant to the mortmain Judicial Code, Chapter 58, Controlled
461
462 Substances Forfeitures ACT, an ACT out of June 30, 1988, AT No. 1988-79, 42 Pa. C. S. A.
463
464 section 5801, et, seq, made through the Commonwealth out from Pennsylvania, and the
465
466 Municipal Corporate Court Orders like following: and any Code or Statute pertaining to the
467
468 above matter and;
469
470 Whereas, there will be no Color of Law Authority claims, BY THE COMMONWEALTH
471
472 OUT FROM PENNSYLVANIA, OR THE FEDERAL DISTRICT COURT OF
473
474 EASTERN PENNSYLVANIA to right, title, and interest belonging to REGINALD CUPID
475
476 NOBLE TRUST/ESTATE, AND NAJA TALIBAH ZAHIR ESTATE, or in the
477
478 PLAINTIFF, REAL PROPERTY PAR VALUE BY SIGNATURE DOLLARS IN
479
480 UNITED STATES CURRENCY, are HEREBY DECLARED TO BE TERMINATED,
481
482 REVOKED, AND RENDERED NULL, AND VOID.
483
484 2. All Color from Law Authority claims, by the Commonwealth out from Pennsylvania, and
485
486 the Federal District Court, and Officials agree to have no right to, title, and interest, to this
487
488 Case/Matter, belonging to any NOBLE Heirs, living, or deceased ZAHIR Heirs, living, or
489
490 deceased in the PLAINTIFF'S, REAL PROPERTY PAR VALUE BY SIGNATURE

DOLLARS IN UNITED STATES CURRENCY NOTE, ARE HEREBY DECLARED TO BE NON-FORFEITED TO THE STATE IDOL, CALLED COMMONWEALTH OF PENNSYLVANIA PHILADELPHIA COUNTY UNITED STATES ATTORNEY OFFICE BY PARTE RICO FRAUD; and

3. The DEFENDANT/REAL PROPERTY PAR VALUE SIGNATURE DOLLARS IN UNITED STATES CURRENCY GIFT-IS HEREBY DECLARED TO BE NON-FORFEITED, AND ORDERED TO BE DISTRIBUTED TO THE SPIRITUAL BEING, Lord reginald I, living man benefactor for REGINALD-NOBLE ESTATE IN TRUST, ONLY LAWFUL OWNER AND;

Queen naja, living woman benefactor for REGINALD CUPID NOBLE ESTATE IN TRUST, ONLY LAWFUL OWNER AND;

(4) qualifying for benefits under the terms of the policy, or certificate, up to the limits Nonforfeiture credits may be used for the care, and services specified in the policy or certificate, and the UCC-1 Financing Statement and;

(e) The benefits paid by the insurer while the policy, or certificate is in premium paying status and in the paid-up status will not exceed the maximum benefits which would be payable if the policy or certificate had remained in premium paying status; and

Furthermore: in this matter, and because of the fraud, and agreed criminal activity carried out by the Defendant(s) we demand a full forensic audit of the accounting of all financial matters, pertaining to DEFENDANT(S), INFERIOR PERSONS/MINORS AND;

## Caveat

**Therefore**, as we move this honorable Court and way mention to Facts in this matter, we hereby present to the Court a Bond for the immediate release of the living woman queen naja, from the captivity (Kidnapping) (Abduction) exercised by Loudoun County Virginia Sheriff Department and their Justice System, included in this matter is a Time stamped Certificate of Service, fashioning documents identified as, a Complaint filed with the Attorney General's Office of Virginia, Complaint filed with the Attorney General's Office of Pennsylvania, Royal Heirs Banking Trust Information, Power of Attorney, Public Notice Declarations and Lawful Protest, Oath of Office as a Public Minister/Ambassador pursuant to Article 2, Section 2-3 of the United States Constitution, Shaykamaxum Republic Tribal Government Delegation of Authority, Name Change documents and Exemplification, (Foreign Certificate)., and a Bond Valued at fifteen Million ($ 15,000,000.00) U.S. Currency Notes, covering the alleged three Charges. Sent via U.S.P.S. Express Mail EE 428 959 408 US received January 3rd, 2020 Time 9:43am. As of January 08th 2020 queen naja is naja zahir el, respectfully

## Conclusion

All parties agree that this matter SHALL be scheduled for the Judge's Chambers for settlement, and closure and sealed never to be opened in one hundred years with Satisfaction, and ACCORD.

_naja zahir el d/b/a queen naja_      _reginald noble yahweh-el judicature_
naja zahir el d/b/a queen naja on behalf of     Lord, reginald noble Yahweh on behalf of
NAJA TALIBAH TAHIR TR.     REGINALD CUPID NOBLE TR.
Virginia Registrar 145-80-046130     Pennsylvania Registrar 1628891950
United States Federal Eastern District Court

14

```
                              Of Pennsylvania
                              600 Market Street
                       Philadelphia Pennsylvania 19106-1790
naja zuhir el known as queen naja
In Propria Persona
NAJA THURBAH ZUHIR TR
On behalf of Royal Heirs Family Trust.
Judicature/Adjudicator
Lord reginald noble yahweh
In Propria Persona
REGINALD CUPID NOBLE TR
On behalf of Noble & Noble Banking Trust
Judicature/Adjudicator                      18 U.S.C. 1091 Human Trafficking
                                            18 U.S.C. Chapter 41 Extortion
     v.                                     18 U.S.C. Conspiracy
                                            26 U.S.C. Tax Evasion
KAMAL BENHOUMMAD d/b/a                      28 U.S.C. Defamation of Character
STERLING PREMIER GROUP et. al.              18 U.S.C. 241-242 Color of Law
PAUL WHITE d/b/a                            18 U.S.C. 1201 Kidnapping and
STERLING PREMIER GROUP et. al.                 False Imprisonment
THOMAS MOOREHEAD d/b/a
STERLING PREMIER GROUP et. al.
SHERIFF MIKE CHAPMAN d/b/a                  Article III Court Proper Jurisdiction
OFFICE OF LOUDOUN COUNTY VA. et. al.
DEPUTY SHERIFF DORIAN A. LAMBERT d/b/a
LOUDOUN COUNTY VA SHERIFF DEPARTMENT   Trial Demanded
COMMONWEALTH ATTORNEY, BUTA BIBERAJ
JOHN DOE, & JANE DOE
Defendant(s)/inferior persons/(s) Debtor(s)
_____
```

## COURT ORDER

On____ day of January in the year 2020 after great consideration the Court hereby enter

Judgment against the DEFENDANT(S)

It is so GRANTED and ORDERED with prejudice

_____
                    J

United States Federal Eastern District Court
Of Pennsylvania
600 Market Street
Philadelphia Pennsylvania 19106-1790

To the Federal District Court:                                    An Equity Proceedings
By: Special Appearance;

We of the Awoota Jurist Consul Trust & Associates (A Tribal Organization) on behalf of our

Tribal member, naja zahir el aka queen naja, and her Royal Heir Banking Trust and the NAJA

TALIBAH ZAHIR ESTATE et. al. and

On behalf of Tribal member lord, reginald noble Yahweh aka king reginald I, and Noble &

Noble Banking Trust, and REGINALD CUPID NOBLE ESTATE.

We now enter our special appearance on behalf thereof respectfully we thank you please

forward all correspondence to the below address.

_____
Tribal Adjudicator
Minister for Justice (paul savage el)


Contact Info:
Awoota Jurist Consul & Associates
526 Delaware Cedar Village
Shaykamaxum Territory North Amexem
Mail Locale: 5209 Greene Street # 48324
Philadelphia Pennsylvania 19144-9998
Phone no. 484-477-1013