| | |
|---|---|
| 1  United States Federal Eastern District Court | |
| 2  Of Pennsylvania | |
| 3  600 Market Street | |
| 4  Philadelphia Pennsylvania 19106-1790 | |
| 5 | |
| 6  Present by: Awoota Jurist Consul Trust & Associates | **DOCKET NO. 20 955** |
| 7  (A Tribal Organization) In Propria Persona | |
| 8  naja zahir el known as queen naja In Propria Persona | |
| 9  NAJA TALIBAH ZAHIR TR | In Equity Proceeding |
| 10  On behalf of Royal Heirs Family Trust. | Bill of Equity |
| 11  Judicature/Adjudicator | |
| 12  Lord reginald noble Yahweh, In Propria Persona | |
| 13  REGINALD CUPID NOBLE TR | |
| 14  On behalf of Noble & Noble Banking Trust | |
| 15  Judicature/Adjudicator | 18 U.S.C. 1091 Human Trafficking |
| 16  **FILED** | 18 U.S.C. Chapter 41 Extortion |
| 17  v.  MAR -5 2020 | 18 U.S.C. Conspiracy |
| 18 | 26 U.S.C. Tax Evasion |
| 19  KAMAL BENHOUMMAD d/b/a  KATE BARKMAN, Clerk  Dep. Clerk | 28 U.S.C. Defamation of Character |
| 20  STERLING PREMIER GROUP et. al. | 18 U.S.C. 241-242 Color of Law |
| 21  PAUL WHITE d/b/a | 18 U.S.C. 1201 Kidnapping and |
| 22  STERLING PREMIER GROUP et. al. | False Imprisonment |
| 23  THOMAS MOOREHEAD d/b/a | 18 Obstruction of Justice |
| 24  STERLING PREMIER GROUP et. al. | False Claim Act |
| 25  SHERIFF MIKE CHAPMAN d/b/a | Securities Fraud |
| 26  OFFICE OF LOUDOUN COUNTY VA. | Impeding Commerce |
| 27  ADULT DETENTION CENTER et. al. | |
| 28 | |
| 29  DEPUTY SHERIFF DORIAN A. LAMBERT d/b/a | Article III Court |
| 30  LOUDOUN COUNTY VA SHERIFF DEPARTMENT | Proper Jurisdiction |
| 31  BUTA BIBERAJ, d/b/a/ | |
| 32  DISTRICT ATTORNEY FOR LOUDOUN COUNTY VA. | |
| 33  PHYLLIS J. RANDALL CHAIRWOMAN d/b/a | |
| 34  BOARD OF SUPERVISORS | Jury |
| 35  JOHN DOE, & JANE DOE | Trial Demanded |
| 36  ANOOP SOARES, SALES MANAGER(STERLING) | |
| 37  JAMES MOUNTCASTLE, DETECTIVE | |
| 38  ANNE ARUNDEL COUNTY | |
| 39 | |
| 40  Defendant(s)/inferior persons/(s) Debtor(s) | |
| 41 | |

## AMENDED COMPLAINT AND AJOINDER

Pursuant to: Rule 15, Amended Complaint

Pursuant to: Rule 26, Joinder/Subject Rule 82

Brief Explanation: Regarding, JAMES MOUNTCASTLE

**Whereas**, know all men by these presents JAMES MOUNTCASTLE, joinder to the case for initiating a claim on January 6, 2020 on behalf of Anne Arundel County, Maryland, for BMW OF STERLING, against a fictitious person named NAJA, QUEEN, where MOUNTCASTLE created five felony charges that were bogus and unwarranted. MOUNTCASTLE claimed NAJA, QUEEN committed auto theft, forgery, etc., which has no merit, according to Loudoun County, Virginia, District Court who dismissed the same charges initiated by a county sheriff deputy, D. LAMBERT. Additionally, MOUNTCASTLE, committed securities fraud by stealing the social securities number of NAJA TALIBAH ZAHIR, securities company and placing it on the complaint implying it is the securities number of NAJA, QUEEN and stole banking instruments and a certified birth certificate for the NAJA TALIBAH ZAHIR, securities company via transfer from D. LAMBERT, sheriff deputy.

On February 28, 2020, district court judge for Prince Georges' County, Maryland ordered the release of the body for NAJA TALIBAH ZAHIR, on personal recognizance at approximately 11:30 am, after detainment for a separate charge. At around 5:53p.m. MOUNTCASTLE, on behalf of Anne Arundel County Police

83  Department initiated a felony charge and arrest warrant against NAJA, QUEEN under
85  the same social security number of NAJA TALIBAH ZAHIR, and conspired with an
87  unknown agent at the Prince George's County Maryland, Upper Marlboro Detention
89  Center to delay the processing of the release of the body attachment for NAJA
91  TALIBAH ZAHIR, in order to activate a "detainer" for arrest warrant, resulting to
93  continued detention of the body for NAJA TALIBAH ZAHIR until February 29, 2020
95  around 8:30 pm, when the charges and detainment order were dropped by Anne
97  Arundel County Police and the body attachment for NAJA TALIBAH ZAHIR was
99  released from detention, resulting to human trafficking by Anne Arundel County,
101 Maryland agents, representatives and/or assigns for a total of (54) days

103 Brief Explanation: Regarding, ANOOP SOARES:

105 On or about November 7, 2020, ANOOP SOARES, finance manager, made contact
107 with queen naja and lord reginald noble yhwh, prior to delivery of the vehicle for both
109 parties 2020 BMW's auto purchases explaining the acquisitions details and agreed to
111 forward a ratified sales contract by email with live signatures on both contracts a few
113 days after receipt of funds. On or about November 12, 2019, ANOOP SOARES
115 emailed the ratified sales contract to queen naja's, and lord reginald noble yhwh's email,
117 finalizing the acquisitions process and implying funds were good. At no point in time
119 did ANOOP SOARES or any other person contact queen naja or lord reginald noble
121 yhwh implying or suggesting funds were no good. Lord reginald noble yhwh's vehicle
123 was not delivered nor were both parties instruments returned.

**Whereas,** upon receipt of correspondence from SunTrust Bank regarding the deposit of said instruments in the amount thereof, SunTrust implied the instrument was illegible electronic scanning by the dealership and suggested the dealership bring in the original issue for deposit. At no time did SunTrust imply the instruments were fraudulent.

_____          _____
ex-officio, reginald yahweh                              ex-officio queen naja
Judicature/Adjudicator                                    Judicature/Adjudicator

Date: _____

Pursuant to: Rule 33 New Federal Equity Rules, 7 Wheat. xvii-xxi:
Introduction:
We Aborigine Heirs to this Land, having dominion and leadership over these, invoke the 42 Divine Laws of Ma'at we instruct this honorable Court to invoke the arrest and apprehension of the above DEFENDANT(S) for there unlawful crimes of Criminal Conspiracy 18 U.S.C. 371, after their violation of UCC 3-501 Presentment in which they are being STERLING PREMIER MOTORS, never returned nor said anything was incorrect within the 72 hours according to law and;

Jurisdiction: (Judicature)meaning:

The state or profession of those-officers who are employed in administering justice; the judiciary. A judicatory, tribunal, or court of justice. Jurisdiction; the right of judicial action; the scope or extent of jurisdiction. JUDICATURE ACTS (ENGLAND), The statutes of 36

165  & 37 VIct. c. 66, and 38 & 39 Vict. c. 77, which went into force November 1, 1875, with

167  amendments in 1877, 40 & 41 Vict. c. 9; 1879, 42 & 43 Vict. c. 78; ana 1881, 44 & 45 Vict. c.

169  68, made most important changes in the organization of, and methods of procedure in, the:

171  superior courts of England, consolidating them together so as to constitute one supreme court

173  of judicature, consisting of two divisions, -her majesty's high court of justice, having chiefly

175  original jurisdiction; arid her majesty's court of appeal, whose jurisdiction is chiefly appellate

177  **Therefore;**

179  I/We Adjudicator's under the Judicature Act

181  **Statement of Facts**

183  1). On about in the month of October, the Vehicle known as BMW 740 being VIN

185  #WBA7E4C57KGV28544, naja zahir el aka queen naja a free woman and VIN

187  #5UXCX4C51KLS39113 BMW X7 50 XDFOR, Lord, reginald-noble Yahweh Adjudicator,

189  which was approved and satisfied by the dealership without equivocation, week and half later

191  BMW invited queen naja to a Video Showing of how the BMW operates and all of its systems,

193  after arriving, however before that transpire there was a conversation between KAMAL

195  BENHOUMMAD their top sales person and queen naja, and lord reginald, also known king

197  reginald I, KAMAL BENHOUMMAD stated STERLING MOTORS over charged us on

199  STATE TAXES Commonwealth of Pennsylvania and that we would receive a refund and sign

201  an order for the adjustment queen naja, having Power of Attorney for Lord reginald Yahweh,

203  respectfully the same applies to him being lord reginald nearly a week went and;

205  **Whereas,** all parties (ACTOR(S) are subject to, and have violated Presidents Executive Order

13892 , and President's Executive Order 13896 for criminal conspiracy, with and between LOUDOUN COUNTY VA SHERIFF DEPARTMENT and STERLING MOTORS IN human trafficking and other International Crimes Article 6 & 7 of the ICC.

**Whereas**, this KAMAL BENHOUMMAD, salesperson for STERLING, had us fill out an alleged security form fashioned as Credit Application requiring a SOCIAL SECURITY # but, we did not apply for credit, when asked about the SSN he is being KAMAL BENHOUMMAD, said it is for to see if we were on a terror watch list, when ask where the results are there wasn't any this is "Identity Theft "under false pretend and; 18 U.S.C. 1028(b)(1) (A-C), after conclusion of the transaction the financial laughed they call him Tony. Now that the transaction did not reach completion the acceptance of the instrument has accrued and being that it is pass 72 hours so that the matter can be cured nothing has been returned to date according to UCC under Negotiable Instrument, Laws

**Whereas,** after arriving queen naja signs the two Purchase orders for the adjustment of the contract at that time after signing the contract STERLING MOTORS executives had queen naja arrested for stealing the Vehicle, in which their acceptance of the presentment was long pass due never returned to neither one of us stating if there were any problems, where is the injured party, and now who is the victim?

**Whereas,** knowing that the vehicle was driven to the BMW dealership to a video presentation not to return the car therefore where are the checks for taxes that was signed by queen naja and sense the final contracts where are the vehicles sense know function instruments have

247 return being that everything in this is pre-paid since June 5th 1933-1934.

249 **Therefore,** this STERLING AUTO MOTORS et. al. has laws against the UNITED STATES

251 rule and International Procedures UCC and alike and;

253 **Whereas,** the COUNTY POLICE/SHERIFF DEPARTMENT, and STERLING

255 . DEALERSHIP and any other entities involved in ENTRAPMENT, and Criminal Conspiracy

257 against ESTATE'S and the living man, and living woman both in respect to the Judicature

259 Court in conjunction with her majesty the Queen of England having sovereignty over the

261 respective entities shown above ESTATE/TRUST, our status as diplomats for the People

263 having recorded our Oath of Office as Public Minister/Ambassadors respectfully.

265 Whereas, Anne Arundel County Londoun County, and Prince George's County received a

267 GSA Bond's 24, 28, 1414, 1416, 1418 90 91, and naja zahir el d/b/a/ queen naja is still being

269 held against her will, after she made an attempt to Bond the Bail Bondman said in the

271 STATE'S SYSTEM she queen naja is a free woman the human trafficking continue and;

273                             We now evoked the Golden Rule

275                    **TREASON AGAINST THESE UNITED STATES OF AMERICA**

277 It is your duty to inquire into all offenses for or against the United States within the

279 jurisdiction to pronounce from the U.S. District Courts, which greatest crime known to the

281 law is Treason; self-preservation being or existing in a certain state, by intelligent existence is

283 the highest duty of government, in order to regulate commerce mutual exchange, without it

285 there can be no administration of law, civil or criminal and;

287 Whereas, this crime called Treason, is defined through the Constitution for or against the

United States of America, (WE THE PEOPLE) confederation itself. It declares that Treason for or against the United States, shall in the future consist only in Levying War to collect assessment by imposition for or against the People, or adhering to their enemies, giving them aid and comfort, as a Safe Harbor exemption. Man has been giving Dominion by the Creator of All, with moral ability to dispose from his or her Intellectual Property at Will by Equity, and according to a assembly of men, through their fourth amendment, which says: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

Whereas, United States Person or Citizen is a entity of trade, which a Civilian loans the government from par equivalence without Discount or Premium, as Treasury, Principal and Interest Loan (TT&L), upon issuing a Bill of Exchange, Demand Draft, or Promissory Note, in the form of check book currency, within a Fiscal Agent, State Bank out of the Money Transmitter Regulator's Association, Registrar Bank or Trust Company of Employees'. Any Natural or Artificial person, who knows or has been given notice that Treason has been committed, "which conceals, and not, as soon as may possibly be, disclose and make known the same," to certain high officers, is guilty from a criminal offense denominated Misprision of Treason and;

Whereas, Since August 1861, it is required that every officer, clerk, or employee' in the several

distinct departments of this country, known as the United States of America, or in any way connected therewith, are to take an oath to support and defend the Constitution and government from the United States, for or against all enemies, foreign or domestic, and to birth, or bear true faith, allegiance and loyalty to the same, which any ordinance, resolution, or law from any State Convention or Legislature, to the contrary notwithstanding, which this oath is the most important, that requires fidelity on behalf out of all government officials, who are holding a position from Trust, working to protect the People Intellectual property, by Commerce and;

Therefore, this **Oath,** is a most explicit renunciation, and abjuration from the DEADLY HERESY of a paramount State Sovereignty, from a local government, which still up holds slavery, according to the Lieber Code, Article 42, which says: "Slavery, complicating and confounding the ideas of property, (that is of a thing, such as a vital record) and of personality, (that is of humanity, peculiar nature of man, by which he or she is distinguished from other beings) exists according to municipal or local law only. The law of nature and nations has never acknowledged it." and;

Whereas, the doctrine of State Sovereignty, has taken possession of the minds from the Body Politic People, and has become public opinion in the several distinct States, which goes for or against the whole spirit out of the Constitution, which all government officials are to take a oath to defend, the Body Politic styled, the United States of America, which is a Republic Institution, by perpetual Union, that protects trade act of exchanging commodities, through Commerce mutual change from Currency Note goods, as United States Note debit into a

Federal Reserve Note credit and;

Whereas, this Sixth Amendment Article, from the Constitution, declares in express terms, that "this Constitution and the laws and treaties made pursuant thereto, shall in the future be the SUPREME LAW OUT OF THE LAND." That statement is sufficiently positive and unequivocal, but the framers, did not stop there, but did add the words: "anything in the Constitution or laws of any State to the contrary NOTWITHSTANDING," thus pointedly and laboriously, guarding against or for, and repelling the idea, that a State could by any act, however solemn, even by its organic or fundamental law, resist or interfere with the Constitution and laws from the United States, in their operation over the whole Country, though a Department of State and;

Whereas, this Statute at Large of August 6, of 1861, was well adopted to that end, which all employees' in the executive Departments, out of a U.S. State, Such as Health, by the Social Security Act, through Natural and Artificial persons connected therewith, like a Corporate County or City, are to take the oath to protect the Constitution, for or against domestic or foreign enemies, which attempt to overthrow the constitutional form of government and;

Whereas, By Statute at Large of March 6, 1862, the same oath is required of shipmasters, on clearing a foreign Country or Entity within a State port of entry in the United States of America, and through the Act of July 17, 1862, natural or artificial persons making claims for or against the United States, were and are required to take the same oath, to uphold the Constitution. Every officer, civil, military and naval, is required to an oath to protect the United

411  States of America Constitution, for or against all enemies, foreign and domestic, and to birth
412
413  or bear true faith and allegiance to the same, and that obligation is taken without any mental
414
415  reservation or purpose of evasion, and that he or she will well and truly discharge the duties
416
417  from his or her office, held in public trust out of We the People, who loans their par value
418
419  equivalence without discount or premium, through TT&L deposits. Any falsely taken oath of
420
421  office, by color of law or authority, is made a criminal offense, which not only subjects one to
422
423  the penalties of perjury and treason, but ever afterwards disqualifies him or her from holding
424
425  a Public Trust Office, under the United States of America, within any Department, through
426
427  this Act passed in July 1861, it is provided, that if two or more person (18 USC 241) within
428
429  any State or Territory of the United States, shall in the future conspire together to overthrow
430
431  by force or deception, the government from these United States of America, or Levy war, by
432
433  collecting assessment against or for, to prevent, hinder, or delay the execution of any law from
434
435  the United States, or seize any intellectual property of par value loaned, as interest to the
436
437  United States, for or against its authority, every natural or artificial person, like a municipal
438
439  corporation, so offending, shall in the future be guilty of a high crime, by knowledge and
440
441  notice from two or more, who are not corrupt of blood, and are able to articulate their crime
442  and;
443
444  Whereby, since 1862, the Legal Tender within the United State of America, has been the Title
445
446  Inscription "United States Note," which now float freely by subscribed subscription upon any
447
448  Note, Bill of Exchange, or Demand Draft, which is debited and cashed or swapped into a
449
450  Federal Reserve Note credit obligation, in lieu of Zero Balancing Account of Civilian, and by
451

452 this Act of Levying War, to collect assessment of debtor, this is Treason, This Federal Reserve
454 Act, of withholding a par value present use for a future purpose, is in itself a act of treason,
456 which established to furnish a elastic currency note goods, to afford rediscounting commercial
458 for profit paper, from par value equivalence, which ought not be discounted or loaned out as
460 a premium, which is Levying War, on We the People. The term "district" is held to be the
462 Federal reserve district, and the term" reserve district" is held to be the Federal reserve bank
464 cities, which are not coterminous with any Individual State of the perpetual American Union
466 Reserve districts Organization Committee Quorum, being the Secretary of the Treasury,
468 Secretary of Agriculture, and the Comptroller of the Currency, which are United States Notes
470 by the Legal Tender Act, are not to be subjected to review, except through the Federal Reserve
472 Board, out of Governors, who are committing Treason, by levying war for par value and;
474 Whereas, the shareholders from every Federal reserve bank-City, are the civilians of the several
476 States, being holders to a Department, Certification of Birth, which bear Geographical
478 Barcode to Trade, that they are individually responsible, equally and ratably, and not one
480 against or for another, for or against all contracts, debits or debts, and from such natural or
482 artificial, person as bank customer, to the extent of the amount of their in blank subscriptions
484 to such certificated stock, at par value thereof, in addition to the amount subscribed in blank,
486 whether such in blank subscription has been paid in whole, or in part, under the provisions
488 from this Federal Reserve Act, which the mass of illiterate natural persons, have no clue of,
490 and are under attack, by levying war on their par value even exchange, this Act, allows the
492 Central Banks, which are Fiscal Agents, being District Clearing Houses, to wage war on We

the People, by in blank Signature, on the back of any United States Note, in checkbook currency form, within any shell Commercial profit bank, by invisible net, which produce a clear profit, along with the Federal Reserve Act, there is the Uniform Commercial Code which is active and the 50 States of the American Republic Union, which this Mercantile Law, applies to transactions of negotiable instruments through Financial intermediary banks, and say's a Bank is "a person engaged in the business of banking," and that a Person is "a Individual, Corporation, business trust, estate, trust, partnership, joint venture, government governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity," such as ALL ADULT ENTITIES, WHICH ARE FOR TREASURY, PRINCIPAL AND INTEREST LOANS, THAT ARE EMBODIED THROUGH A STATE IDENTIFICATION and;

**Comment:** Sterling and agents/Sales persons, and financial persons, by application has committed the following Treason, and other related charges without remorse they agree by there actions that they have lied to authorities and other related entities of Courts, Law enforcement Officers, and alike and;

**"DO UNTO OTHERS AS YOU WOULD HAVE THEM DO UNTO YOU"**

**Relief Sought:** Defendant(s) have shown the most belligerent criminal activity that I/We have ever encounter, breaking the Law and its Status, and codes as standard practice, and then endanger someone's life having them arrested to cover their activities of suspect, causing unreversed mental stress, causing years of pain, eating food that is not healthy it is hereby cited that defendant(s) agree that they have conduct themselves in very unprofessional matter

presenting irreversible harm for years to come damages in this matter cited at

$16.082.040.000.00 in United States Treasury Notes (Currency) Gold, and Silver calculation

$90.000.000.000.00 punitive Damages, after final calculation Total indebtedness

$111.708.040.000.00 (One Hundred Eleven Billion Seven Hundred Eight Million Forty

Thousand and no Cents) to be paid in United States Currency Notes (Credits) at a rate of 3.5%

for the record queen naja remain unlawfully arrested without bail for 50 days, the prison system

refuses to issue sanitary napkins and other female personal items to the female inmates,

especially queen naja, her living conditions are below standard even after complaining the

prison system did nothing, the pain and suffering is beyond any value, however there is a

monetary Value attached, however there is no price on, **LIFE**

## Non-Forfeiture Agreement

AND NOW, Royal Degree, for Non-Forfeiture out of the United States Attorney Office, out

of Philadelphia County, who may attempt to annex Par Value, as Forfeiture, out of Consumer

Natural Person, Lord, reginald noble Yahweh Plaintiff/Affiant Judicature, and queen naja

Plaintiff/Affiant/Judicature Signature United States Currency Notes, by Equity Law, to

**ORDER** Forfeiture pursuant to the mortmain Judicial Code, Chapter 58, Controlled

Substances Forfeitures ACT, an ACT out of June 30, 1988, AT No. 1988-79, 42 Pa. C. S. A.

section 5801, et, seq, made through the Commonwealth out from Pennsylvania, and the

Municipal Corporate Court Orders like following: and any Code or Statute pertaining to the

above matter and;

574
575  Whereas, there will be no Color of Law Authority claims, BY THE COMMONWEALTH
576
577  OUT FROM PENNSYLVANIA, OR THE FEDERAL DISTRICT COURT OF
578
579  EASTERN PENNSYLVANIA to right, title, and interest belonging to REGINALD CUPID
580
581  NOBLE TRUST/ESTATE, AND NAJA TALIBAH ZAHIR ESTATE, or in the
582
583  PLAINTIFF, REAL PROPERTY PAR VALUE BY SIGNATURE DOLLARS IN
584
585  UNITED STATES CURRENCY, are HEREBY DECLARED TO BE TERMINATED,
586
587  REVOKED, AND RENDERED NULL, AND VOID.
588
589  2. All Color from Law Authority claims, by the Commonwealth out from Pennsylvania, and
590
591  the Federal District Court, and Officials agree to have no right to, title, and interest, to this
592
593  Case/Matter, belonging to any NOBLE Heirs, living, or deceased ZAHIR Heirs, living, or
594
595  deceased in the PLAINTIFF'S, REAL PROPERTY PAR VALUE BY SIGNATURE
596
597  DOLLARS IN UNITED STATES CURRENCY NOTE, ARE HEREBY DECLARED TO
598
599  BE NON-FORFEITED TO THE STATE IDOL, CALLED COMMONWEALTH OF
600
601  PENNSYLVANIA PHILADELPHIA COUNTY UNITED STATES ATTORNEY
602
603  OFFICE BY PARTE RICO FRAUD; and
604
605  3. The DEFENDANT/REAL PROPERTY PAR VALUE SIGNATURE DOLLARS IN
606
607  UNITED STATES CURRENCY GIFT-IS HEREBY DECLARED TO BE NON-
608
609  FORFEITED, AND ORDERED TO BE DISTRIBUTED TO THE SPIRITUAL BEING,
610
611  Lord reginald I, living man benefactor for REGINALD-NOBLE ESTATE IN TRUST,
612

ONLY LAWFUL OWNER AND;

Queen naja, living woman benefactor for REGINALD CUPID NOBLE ESTATE IN TRUST, ONLY LAWFUL OWNER AND;

(4) qualifying for benefits under the terms of the policy, or certificate, up to the limits Nonforfeiture credits may be used for the care, and services specified in the policy or certificate, and the UCC-1 Financing Statement and;

(e) The benefits paid by the insurer while the policy, or certificate is in premium paying status and in the paid-up status will not exceed the maximum benefits which would be payable if the policy or certificate had remained in premium paying status; and

Furthermore: in this matter, and because of the fraud, and agreed criminal activity carried out by the Defendant(s) we demand a full forensic audit of the accounting of all financial matters, pertaining to DEFENDANT(S), INFERIOR PERSONS/MINORS AND;

## Caveat

**Therefore**, as we move this honorable Court and way mention to Facts in this matter, we hereby present to the Court a Bond for the immediate release of the living woman queen naja, from the captivity (Kidnapping) (Abduction) exercised by Loudoun County Virginia Sheriff Department and their Justice System, included in this matter is a Time stamped Certificate of Service, fashioning documents identified as, a Complaint filed with the Attorney General's Office of Virginia, Complaint filed with the Attorney General's Office of Pennsylvania, Royal Heirs Banking Trust Information, Power of Attorney, Public Notice Declarations and Lawful Protest, Oath of Office as a Public Minister/Ambassador pursuant to Article 2, Section 2-3

16

of the United States Constitution, Shaykamaxum Republic Tribal Government Delegation of

Authority, Name Change documents and Exemplification, (Foreign Certificate)., and a Bond

Valued at fifteen Million ($ 15,000,000.00) U.S. Currency Notes, covering the alleged three

Charges. Sent via U.S.P.S. Express Mail EE 428 959 408 US received January 3rd, 2020 Time

9:43am. As of January 08th 2020 queen naja is naja zahir el, respectfully

## Conclusion

All parties agree that this matter SHALL be scheduled for the Judge's Chambers for

settlement, and closure and sealed never to be opened in one hundred years with

Satisfaction, and ACCORD.

_____  
naja zahir el d/b/a queen naja on behalf of  
NAJA TALIBAH TAHIR TR.  
Virginia Registrar145-80-046130

_____  
Lord, reginald noble Yahweh on behalf of  
REGINALD CUPID NOBLE TR.  
Pennsylvania Registrar 1628891950

```
695                    United States Federal Eastern District Court
696                                    Of Pennsylvania
697                                   600 Market Street
698                          Philadelphia Pennsylvania 19106-1790
699    naja zahir el known as queen naja
700    In Propria Persona
701    NAJA TALIBAH ZAHIR TR
702    On behalf of Royal Heirs Family Trust.
703    Judicature/Adjudicator
704    Lord reginald noble yahweh
705    In Propria Persona
706    REGINALD CUPID NOBLE TR
707    On behalf of Noble & Noble Banking Trust
708    Judicature/Adjudicator                    18 U.S.C. 1091 Human Trafficking
709                                              18 U.S.C. Chapter 41 Extortion
710        v.                                    18 U.S.C. Conspiracy
711                                              26 U.S.C. Tax Evasion
712    KAMAL BENHOUMMAD d/b/a                    28 U.S.C. Defamation of Character
713    STERLING PREMIER GROUP et. al.            18 U.S.C. 241-242 Color of Law
714    PAUL WHITE d/b/a                          18 U.S.C. 1201 Kidnapping and
715    STERLING PREMIER GROUP et. al.             False Imprisonment
716    THOMAS MOOREHEAD d/b/a
717    STERLING PREMIER GROUP et. al.
718    SHERIFF MIKE CHAPMAN d/b/a                Article III Court Proper Jurisdiction
719    OFFICE OF LOUDOUN COUNTY VA. et. al.
720    DEPUTY SHERIFF DORIAN A. LAMBERT d/b/a
721    LOUDOUN COUNTY VA SHERIFF DEPARTMENT      Trial Demanded
722    COMMONWEALTH ATTORNEY, BUTA BIBERAJ
723    JOHN DOE, & JANE DOE
724    Defendant(s)/inferior persons/(s) Debtor(s)
725    _____
726                                    COURT ORDER
727
728    On____ day of January in the year 2020 after great consideration the Court hereby enter
729
730    Judgment against the DEFENDANT(S)
731
732    It is so GRANTED and ORDERED with prejudice
733
734                                                       _____
735                                                                J
```